RECEIVED

AUG 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

### UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL N0:  6:13-CR-00137-1 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| SHAWN A JOLLIVETTE a/k/a SHON ALIK JOLIVETTE | * | MAGISTRATE JUDGE HILL |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Shawn A. Jollivette, and adjudges him guilty of the offenses charged in Count Two of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Shawn A. Jollivette's agreement to forfeit and abandon his interest in any firearm, magazine, and ammunition seized as a result of the investigation of this matter.

Sentencing remains set for Friday, September 19, 2014 at 11:00 a.m. before the undersigned in Lafayette.

THUS DONE AND SIGNED in chambers, this _____ day of July 2014 in Lafayette, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE